UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
J. R.R.,

                    Petitioner,

        - against -

KENNETH GENALO *et al.*,

                    Respondents.
--------------------------------------------------------x

**ORDER TO SHOW CAUSE**
26-CV-1245 (PKC)

PAMELA K. CHEN, United States District Judge:

Upon review of Petitioner J. R.R.'s Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and Motion for Leave to Proceed Under Pseudonym, (Dkt. 3), it is hereby ordered that:

1.      Having considered the factors laid out in *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008), the Court GRANTS Petitioner's motion to proceed pseudonymously and to redact the personal identifying information discussed in the motion, (Dkt. 3).

2.      Respondents shall, by **6:00 p.m. on March 10, 2026**, show cause in writing why a writ of habeas corpus should not be issued and why Petitioner should not be immediately released. *See* 28 U.S.C. § 2243.   If Respondents contend that Petitioner is detained under 8 U.S.C. § 1225(b)(2), their response must state what facts, if any, distinguish Petitioner's case from the vast majority of district court cases that have disagreed with Respondents' contention. *See Barco Mercado v. Francis*, — F. Supp. 3d. —, No. 25-CV-6582 (LAK), 2025 WL 3295903, at *4, *13–14 (S.D.N.Y. Nov. 26, 2025) (collecting cases).

3.      To preserve the Court's jurisdiction pending a ruling on the Petition, Respondents are **restrained from removing Petitioner from the United States** until further order of this Court.

*See M.K. v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at \*1 (S.D.N.Y. Mar. 10, 2025) (collecting cases ordering same).

4.      Furthermore, considering Petitioner's interest in participating in proceedings before this Court and maintaining adequate access to legal counsel, Respondents are **restrained from transferring Petitioner to a facility outside of this District** absent further order of this Court. *See Samb v. Joyce*, No. 25-CV-6374 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. 3) (collecting cases ordering same); 28 U.S.C. § 1651(a) (empowering courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law").

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: March 6, 2026
           Brooklyn, New York

2